Entered on Docket
March 11, 2011

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:

JAIME ILLANES, and
MIRIAM M. ILLANES,

Debtor(s).

BKS-10-33115-BAM
Chapter 13

### ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO SECTION 521(i)

As the above-captioned Debtors have not complied with 11 U.S.C § 521(i) in that the Debtors have not filed Schedules A through J. The Debtors have also failed to file the Statement of Financial Affairs. The 45 day period expired on January 27, 2011.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtors' failure to comply with 11 U.S.C. § 521(i).

/ / /

3

1  **IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount
2  of $150.00 per quarter that case is pending.
3  DATED this 9th day of March, 2011.

Submitted by:

MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

###

4